**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff,**<br><br>    v.<br><br>**CHARLES ALEX NALL,**<br>    **Defendant.** | **Case No. CR07-5662BHS**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES** |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services

The plaintiff appears through Special Assistant United States Attorney, MATTHEW THOMAS; The defendant appears personally and represented by counsel, STEVE KRUPA ;

The defendant has been advised of the allegation(s) and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and having freely and voluntarily waived his right to a hearing and having admitted to violating the conditions of his Appearance Bond and Pretrial Supervision by (1) using methamphetamine on or before October 24, 2007; (2) using methamphetamine on or before October 31, 2007; (3) using methamphetamine November 7, 2007; and (4) using methamphetamine November 15, 2007.

Accordingly the court finds that the defendant has violated the conditions of his bond/supervision as above set forth.

**IT IS HEREBY ORDERED AS FOLLOWS:**

    Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

December 4, 2007.


*/s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1