The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES ALEX NALL,<br><br>　　　　Defendant | Case No.: CR07-5662BHS<br><br>MOTION & ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM<br><br>Sentencing Date: January 18, 2008 |

THIS MATTER, having come before the Court upon Defendant's Motion to Seal Sentencing Memorandum, and this Court having reviewed the memorandum and being otherwise fully advised finds and rules as follows:

Public filing of the sentencing memorandum will jeopardize continuing investigations, pose possible risks of harm to the defendant; and these potential harms outweighing the public's access to the memorandum,

**IT IS HEREBY ORDERED** that the Defendant's Sentencing Memorandum is to be filed under seal.

DATED this 16th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL - 1

LAW OFFICES OF KRUPA & CLARK
1008 S. YAKIMA AVE., STE. 100
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330